RICHARD SIEGMAN, complainant-respondent,

*v.*

ELECTRIC VEHICLE COMPANY et al., defendants-appellants.

[Argued November 26th, 1906. Decided March 26th, 1907.]

On appeal from an order of the chancellor, advised by Vice-Chancellor Stevens.

*Mr. Richard V. Lindabury,* for the appellants.

*Mr. James E. Howell,* for the respondent.

PER CURIAM.

This cause was argued together with *Siegman* v. *Electric Vehicle Co. and Kissell,* decided by this court at the present term, upon an opinion delivered by Mr. Justice Pitney, *ante p. 403.* The same question being presented in each of the two cases, the order under review herein will be affirmed, with costs, for the reasons given in that opinion.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.

*For reversal*—None.